AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| HANNAH MICHELLE ISRAEL<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-CV-00270-WMR |
| TRENTON RYAN GARNER, in his individual capacity,<br>*Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TRENTON RYAN GARNER
1192 Drummond Road
Lindale, GA 30147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CHRISTOPHER LEE MCCORMICK/THE MCCORMICK FIRM, PC
1O5 PILGRIM VILLAGE DRIVE, STE 400
CUMMING, GA 30040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*