**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| Hannah Michelle Israel,<br><br>Plaintiff,<br><br>v.<br><br>Trenton Ryan Garner,<br>in his individual capacity,<br><br>Defendant. | Case No.:<br>4:26-cv-00270-WMR |

**Defendant Trenton Ryan Garner's Motion to Dismiss**

Defendant Trenton Ryan Garner moves to dismiss the Complaint[1] under Federal Rule of Civil Procedure 12(b)(6). Plaintiff sues him in his individual capacity under 42 U.S.C. § 1983 for crossing her pasture during a nighttime search for a missing person and for shooting her donkey.

Three independent grounds support dismissal:

1. *Count I: open fields.* The Fourth Amendment does not protect open fields, fenced or not, and Plaintiff pleads a pasture, not curtilage. And even if the pasture were curtilage, no clearly established law barred officers on a nighttime search for a missing person from crossing it. This ground turns on the Complaint alone.

[1]Doc. 1.

2. *Count II: qualified immunity.* Officer Garner reasonably believed the donkey posed an imminent threat to a fellow officer, and no clearly established law told him to wait. His body-camera video shows the donkey running at the officer and within a body length of him when Officer Garner fired.[2] The Court may consider the video without converting this motion.[3]

3. *Count III: due process.* Count III is pled only in the alternative, if the Fourth Amendment does not apply.[4] It does. And Georgia's conversion statute supplies all the process due.[5] This ground also turns on the Complaint alone.

Officer Garner relies on the Complaint and on three exhibits, listed in the Index of Exhibits filed with this motion: the body-camera video (Ex. A, manually filed), still frames from it (Ex. B), and the declaration authenticating both (Ex. C).

As Local Rule 7.1(A)(1) requires, this motion is accompanied by a brief citing supporting authority, filed with it and incorporated by reference.

Officer Garner asks the Court to dismiss Counts I, II, and III with prejudice under Rule 12(b)(6). In the alternative, if the Court declines to consider the video at this stage, he asks the Court to convert the motion as to Count II under Rule

---

[2] Ex. A at 12:10:25-28.

[3] *See Johnson v. City of Atlanta*, 107 F.4th 1292, 1300 (11th Cir. 2024); *Baker v. City of Madison*, 67 F.4th 1268, 1276-77 (11th Cir. 2023).

[4] Doc. 1 at ¶ 56.

[5] O.C.G.A. § 51-10-1.

12(d), limit discovery to the encounter, and set an expedited schedule for summary judgment.

Respectfully submitted,

/s/J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendant*

J. Scott Key, LLC
199 West Jefferson Street
Madison, Georgia 30650
(678) 610-6624
scott@scottkeylaw.com

**Certificate of Compliance**

I certify that this motion has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(B), and that it is double-spaced as required by Local Rule 5.1(C)(2).

Respectfully submitted,

*/s/*J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendant*

J. Scott Key, LLC
199 West Jefferson Street
Madison, Georgia 30650
(678) 610-6624
scott@scottkeylaw.com

**Certificate of Service**

I certify that on October 7, 2026, I electronically filed the foregoing Defendant Trenton Ryan Garner's Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to counsel of record, and that Exhibit A, which was manually filed, was served on counsel as stated in the Notice of Manual Filing:

Christopher Lee McCormick
*Attorney for Plaintiff*
The McCormick Firm, P.C.
105 Pilgrim Village Drive, Suite 400
Cumming, GA 30040
(678) 667-7925
chris@mccormickfirmpc.com

Solomon M. Radner
*Attorney for Plaintiff, Pro Hac Vice*
Radner Law Group PLLC
17515 West Nine Mile Road, Suite 1050
Southfield, MI 48075
(877) 723-6375
solomon@radnerlawgroup.com

Respectfully submitted,

/s/J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendant*

J. Scott Key, LLC
199 West Jefferson Street
Madison, Georgia 30650
(678) 610-6624
scott@scottkeylaw.com